AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 16-mj-01162-MJW |
| DAVID MICHAEL ANSBERRY ) | |
| *Defendant* ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __DAVID MICHAEL ANSBERRY__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) – Arson of a Building and other Real Property in Interstate Commerce

Date: __3:33 pm, Oct 15, 2016__

_Issuing officer's signature_

City and state: __Denver, Colorado__   Michael J. Watanabe U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on *(date)* __10/15/2016__, and the person was arrested on *(date)* __11/07/2016__
at *(city and state)* __DENVER, COLORADO__.

Date: __11/07/2016__

_Arresting officer's signature_

DANTE G. SALAZAR, DEPUTY US MARSHAL
_Printed name and title_