**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00341-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID ANSBERRY,

    Defendant.

---

**GOVERNMENT'S MOTION UNDER U.S.S.G. § 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

---

The United States of America, by undersigned counsel, respectfully moves for an additional one-level reduction in the defendant's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines. Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    By: *s/ David A. Tonini*
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0403
    E-mail: David.Tonini@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of August, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION UNDER U.S.S.G. § 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Colette Tvedt (colette@tvedtlaw.com)
Abraham Hutt  (abe@rklawpc.com)

                                                *s/ David Tonini*
                                                By: David Tonini
                                                Assistant U.S. Attorney