**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00341-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

David Ansberry,

    Defendant.

## RESPONSE TO COURT ORDER GRANTING MOTION TO CONTINUE

David Ansberry, by and through counsel, Abraham Hutt of Recht Kornfeld, P.C. and Colette Tvedt, respectfully files the following Response to Court Order Granting Motion to Continue, Document No. 67. Counsel for Mr. Ansberry inform the court as follows:

1.    Counsel received the Court's Order granting the Government's Motion to Continue at the same time they received the Motion to Continue. It had been their intention today to state they did not object to the one week continuance requested by the Government, subject to the availability of two expert witnesses essential for Mr. Ansberry.

2.      Neither defense counsel is available on October 31st and November 1st because of previously scheduled trial and travel for professional purposes.

3.      The Court should take notice that Ms. Tvedt starts a first degree murder trial on October 1st in Arapahoe County District Court.  She is also starting a first degree murder trial on October 22nd in Denver District Court.

4.      Mr. Ansberry therefore requests that the court allow all counsel to confer with its clerk to determine a date for the sentencing hearing at which all counsel and all essential witnesses can be present.

5.      Both parties would like the opportunity to confer with the clerk as soon as possible in order to find a mutually convenient date as soon as possible, and to notify our respective experts.

WHEREFORE, Defendant Ansberry respectfully requests this Court's permission to allow all counsel to confer with its clerk to determine a date for the sentencing hearing.

Respectfully submitted this 2nd day of August, 2018,


*s/ Abraham Hutt*
ABRAHAM HUTT
Recht Kornfeld, P.C.
Attorney for Defendant David Ansberry
1600 Stout St., Suite 1400
Denver, Colorado 80202
(303) 573-1900
(303) 134-9400 (fax)
abe@rklawpc.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2018, I electronically filed the foregoing **Response to Court Order Granting Motion to Continue** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Holweger*
Erin Holweger