IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No.  16-cr-00341-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MICHAEL ANSBERRY,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on March 17, 2022, it is hereby

    ORDERED that Defendant, David Michael Ansberry is sentenced to **TIME SERVED.**

    DATED:  March 17, 2022.

                              BY THE COURT:

                              CHRISTINE M. ARGUELLO
                              United States District Judge